KYLE C. BISCEGLIE (KB 6052)
HOWARD J. SMITH (HS 3556)
BARTON BARTON & PLOTKIN LLP
420 Lexington Avenue
New York, NY 10170
(212) 687-6262
kbisceglie@bartonesq.com
hsmith@bartonesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVEL ENTERTAINMENT, INC. f/k/a
MARVEL ENTERPRISES, INC., a
Delaware corporation, and MARVEL
CHARACTERS, INC., a Delaware corporation,

        Plaintiffs,

-against-

KELLYTOY (USA), INC.,

        Defendant.

08 Civ. 2924 (2008)

**RULE 7.1 STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Marvel Enterprises, Inc. and Marvel Characters, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Plaintiff Marvel Entertainment, Inc. is a publicly held company on the New York Stock Exchange traded under the stock symbol "MVL." There are no publicly traded parents, affiliates and/or subsidiaries.

    Plaintiff Marvel Characters, Inc. has no publicly traded parents, affiliates and/or subsidiaries besides Marvel Enterprises, Inc.

Date: March 20, 2008

                                                               _____
                                                               Howard J. Smith
                                                               Attorney Bar Code: HS 3556