KYLE C. BISCEGLIE (KB 6052)
HOWARD J. SMITH (HS 3556)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL ENTERTAINMENT, INC. f/k/a MARVEL ENTERPRISES, INC., a Delaware corporation, and MARVEL CHARACTERS, INC., a Delaware corporation,<br><br>                  Plaintiffs,<br>     -against-<br><br>KELLYTOY (USA), INC.,<br><br>                  Defendant. | Docket No. 08 CV 2924 (DC)<br><br>SUBSTITUTION OF COUNSEL |

     IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties that OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP, Park Avenue Tower, 65 East 55th Street, New York, New York 10022, (212) 451-2300, be substituted as counsel of record for plaintiffs Marvel Entertainment, Inc. f/k/a Marvel Enterprises, Inc., and Marvel Characters, Inc., in the above-captioned matter, in place of BARTON BARTON & PLOTKIN LLP, 420 Lexington Avenue, New York, New York 10170, (212) 687-6262.

     This Stipulation may be signed in counterparts.

Dated: New York, New York
       April 29, 2008

575490-1

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Kyle C. Bisceglie (KB 6052)
Howard J. Smith (HS 3556)
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300


BARTON, BARTON & PLOTKIN LLP

By: _____
Roger E. Barton
420 Lexington Avenue
New York, New York 10170
(212) 687-6262

By: _____
MARVEL ENTERTAINMENT, INC. f/k/a
MARVEL ENTERPRISES, INC.MARVEL
CHARACTERS, INC.


By: _____
MARVEL CHARACTERS, INC.

575490-1