COURTESY COPY

KYLE C. BISCEGLIE (KB 6052)
HOWARD J. SMITH (HS 3556)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

RECEIVED MAY 27 2008 JUDGE CHIN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVEL ENTERTAINMENT, INC. f/k/a
MARVEL ENTERPRISES, INC., a
Delaware corporation, and MARVEL
CHARACTERS, INC., a Delaware corporation,

                            Plaintiffs,

    -against-

KELLYTOY (USA), INC.,

                            Defendant.

Docket No. 08 CV 2924 (DC)

SUBSTITUTION OF COUNSEL

---

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties that OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP, Park Avenue Tower, 65 East 55th Street, New York, New York 10022, (212) 451-2300, be substituted as counsel of record for plaintiffs Marvel Entertainment, Inc. f/k/a Marvel Enterprises, Inc., and Marvel Characters, Inc., in the above-captioned matter, in place of BARTON BARTON & PLOTKIN LLP, 420 Lexington Avenue, New York, New York 10170, (212) 687-6262.

This Stipulation may be signed in counterparts.

Dated: New York, New York
       April 29, 2008

575490-1

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Kyle C. Bisceglie (KB 6052)
Howard J. Smith (HS 3556)
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

BARTON, BARTON & PLOTKIN LLP

By: _____
Roger E. Barton
420 Lexington Avenue
New York, New York 10170
(212) 687-6262

By: _____
MARVEL ENTERTAINMENT, INC. f/k/a
MARVEL ENTERPRISES, INC. MARVEL
CHARACTERS, INC.

By: _____
MARVEL CHARACTERS, INC.

575490-1

Approved.
So ordered.

[signature]
USDJ
6/2/08