THEA J. KERMAN (TK-1977)
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone No.:   (212) 213-6116
Telefax No.:     (212) 213-6446
E-mail:          movielaw@hotmail.com

Attorney for Defendant Kellytoy (USA), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARVEL ENTERTAINMENT, INC. f/k/a            08 CV. 2924 (DC)
MARVEL ENTERPRISES, INC., a                 ECF Case
Delaware corporation, and MARVEL CHARACTERS,
INC., a Delaware corporation,
                    Plaintiffs,

   -against-                                RULE 7.1 STATEMENT

KELLYTOY (USA), INC.,

                    Defendant.
------------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kellytoy (USA), Inc. certifies that Kellytoy (USA), Inc. is a privately held corporation and has no publicly traded parents, affiliates and/or subsidiaries.

Dated: June 30, 2008                         /s/ _____
                                                         Thea J. Kerman
                                                         Attorney Bar Code TK-1977